Petition for Writ of Mandamus Denied and Opinion filed November 27, 2002









Petition for Writ of Mandamus Denied and Opinion filed
November 27, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01175-CV

____________

 

IN RE CHARLES LEWIS SULLIVAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On November 8, 2002, relator
filed a motion for leave to file a petition for writ of mandamus in this Court
seeking to compel the Hon. Frank T. Carmona, Judge of
the 122nd District Court of Galveston County, to vacate relator=s judgment of conviction.  See Tex.
Gov=t. Code Ann. ' 22.221;  see also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Opinion filed November 27, 2002.

Panel consists of
Justices Yates, Anderson, and Frost.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).